UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA

| Statesville Roofing & Building Restoration, Inc. | Civil Action File No.: 5:17-CV-00150 |
|---|---|
| Plaintiff, | |
| v. | |
| FCCI Insurance Company | |
| Defendant | |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties stipulate that this action shall be dismissed without prejudice.

Each party shall bear its own costs.

This __8__ day of September, 2017.

           EISELE ASHBURN GREEN & CHAPMAN, PA
           Attorneys for Statesville Roofing & Building Restoration

    By:   s/s Douglas G. Eisele
           DOUGLAS G. EISELE
           gblee@eagc-law.com
           Eisele Ashburn Green & Chapman, PA
           320 W. Broad Street
           Statesville, NC 28677
           (704) 878-6400 Phone
           (704) 871-2039 Fax

GOODMAN McGUFFEY LLP
Attorneys for FCCI Insurance Co.


By:   s/s W. James Flynn
W. JAMES FLYNN
jflynn@GMLJ.com
Goodman McGuffey LLP
11006 Rushmore Drive, Suite 270
Charlotte, NC 28277
(800) 404-6930 Phone
(855) 642-5952 Fax